IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:18CR42 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| MARIBEL LIZARRAGA, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion for Noncustodial Transportation (Filing No. 148). Defendant is indigent and is in need of noncustodial transportation for her sentencing hearing, in Omaha, Nebraska on September 13, 2019 at 11:00 a.m., and the Court finds said motion should be granted.

ACCORDINGLY, IT IS SO ORDERED:

1. That Defendant's motion (Filing No. 148) is granted and;

2. That the U.S. Marshals shall provide round trip noncustodial transportation for Defendant from her home in Los Angeles, California, to Omaha, Nebraska, to arrive no later than 9:00 a.m. on September 13, 2019.

DATED this 4th day of September, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge